# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLES ERIC BLACK,

        Defendant.

Case No.: 2:17-mj-00641-GWF

**ORDER**

**Re: Physical Restraints**

Prior to Defendant Charles Eric Black's initial appearance on June 8, 2017, the undersigned made an individualized determination that there were compelling reasons that Defendant should be placed in leg restraints during his initial appearance. This decision was based on Defendant's prior criminal history which includes a conviction for a violent felony involving use of a firearm, probation violations and revocations, active warrants for Defendant's arrest, Defendant's alleged gang affiliations and the nature of the instant charge against Defendant.

**IT IS SO ORDERED.**

DATED this 8th day of June, 2017.

                                                                
GEORGE FOLEY, JR.
United States Magistrate Judge